AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JOHN DEUTSH <br><br> *Plaintiff(s)* <br><br> v. <br><br> MINICOZZI REAL ESTATE INCORPORATED <br><br> *Defendant(s)* | Civil Action No. 1:15-CV-741-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MINICOZZI REAL ESTATE         REG. AGENT: RICK MINICOZZI
                                       INCORPORATED                  6008 HOOD HOLLOW
                                       6008 HOOD HOLLOW              AUSTIN, TX
                                       AUSTIN, TX                    78731
                                       78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   THE ROSALES LAW FIRM, LLC
   PO BOX 6429
   AUSTIN, TX
   78762-6429
   (512) 520-4919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date:   08/24/2015                                   *Amanda Deichert*
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-741

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Minicozzi Real Estate Incorporated
was received by me on *(date)* 8/24/2015 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rick Minicozzi , who is
designated by law to accept service of process on behalf of *(name of organization)* Minicozzi Real Estate
Incorporated on *(date)* 8/26/2015 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/18/2015

*Omar W. Rosales*
Server's signature

Omar W. Rosales
Printed name and title

The Rosales Law Firm, LLC
PO Box 6429
Austin, TX 78762-6429
Server's address

Additional information regarding attempted service, etc:

```
============================================
            EAST AUSTIN STATION
               AUSTIN, Texas
                 787029998
               4879830134-0098
    08/25/2015 (800)275-8777 12:51:33 PM
============================================
========== Sales Receipt ==========
Product           Sale Unit      Final
Description        Qty Price     Price
--------------------------------------------
AUSTIN TX 78731-3511 Zone-1      $2.08
First-Class Mail Large Env
5.30 oz.
Expected Delivery: Thu 08/27/15
@@ Certified Mail                $3.45
USPS Certified Mail #:
70142870000089535551
# Return Receipt                 $2.80
Label #:
95909403040951636008 56
                              ========
Issue Postage:                   $8.33

                              ==========
Total:                           $8.33

Paid by:
VISA                             $8.33
   Account #:          XXXXXXXXXXXX1871
   Approval #:         03951G
   Transaction #:      854
   23903480457

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

# After delivery, use this tracking
number to track your Return Receipt.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
********************************
********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at...
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

AUSTIN TX 78731     OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | N/A  N/A |
| Total Postage & Fees | $ | $8.33 |

Postmark Here  0134  09  08/25/2015  AUG 25 2015  AUSTIN TX 78702

Sent To: RICK MINICOZZI
Street & Apt. No., or PO Box No.: 6008 HOOD HOLLOW
City, State, ZIP+4: AUSTIN, TX 78731

PS Form 3800, July 2014      See Reverse for Instructions

7014 2870 0000 8953 5551

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RICK MINICOZZI
6008 HOOD HOLLOW
AUSTIN, TX
78731

9590 9403 0409 5163 6008 56

2. Article Number (Transfer from service label)
7014 2870 0000 8953 5551

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery  8-26

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 130460600 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | March 10, 1994 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17427018944 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** MINICOZZI REAL ESTATE, INCORPORATED
**Address:** 6008 HOOD HOLLOW
AUSTIN, TX 78731 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT |
|---|---|---|---|

| Name | Address |
|---|---|
| Rick Minicozzi | 6008 HOOD HOLLOW<br>Austin, TX 78731 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.