UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DEUTSCH | § § | |
| v. | § § | Civil No. 1:15-cv-741-RP |
| MINICOZZI REAL ESTATE INCORPORATED | § § § | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant, Minicozzi Real Estate Incorporated, and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this the 22nd day of September, 2015, DEFAULT is hereby entered against Defendant.



JEANNETTE J. CLACK, CLERK
U.S. DISTRICT COURT

By: *Olga Schroeder*

Deputy Clerk