IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DEUTSH, § § | | |
| Plaintiff, § § | | |
| V. § | 1-15-CV-741 RP | |
| § MINICOZZI REAL ESTATE INCORPORATED, § § | | |
| Defendant. § | | |

### ORDER

Before the Court is Plaintiff's First Amended Motion for Default Judgment and Permanent Injunctive Relief, filed December 14, 2015 (Clerk's Dkt. #10).

In light of the nature of the relief sought in the motion, the Court finds an oral hearing is warranted. Accordingly, the Court directs both Plaintiff, personally, and his counsel to appear on **Monday, January 11, 2016 at 11:00 a.m.** in Courtroom Four, United States Courthouse, 501 West Fifth Street, Austin, Texas 78701 for an oral hearing.

**SIGNED** on December 18, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE