IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DEUTSH, | § § § | |
| Plaintiff, | § § | |
| V. | § § | 1-15-CV-741 RP |
| MINICOZZI REAL ESTATE INCORPORATED, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is a Notice of Settlement, filed January 8, 2016 (Clerk's Dkt. #12). By way of the notice, counsel for Plaintiff states the parties have reached a settlement of all outstanding claims in this matter. In light of the parties' settlement in this case,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal **on or before January 25, 2016**. Failure to comply with the Court's Order will result in the reinstatement of the case.

**IT IS FINALLY ORDERED** that any pending motions, settings and deadlines in this case are abated pending further order from this Court.

**SIGNED** on January 8, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE